Signed and Filed: December 23, 2013

_____
**THOMAS E. CARLSON U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>DEMAS WAI YAN,<br>    Debtor. | Case No. 04-33526 TEC<br>Chapter 7 |
| DEMAS WAI YAN,<br>    Plaintiff,<br> vs.<br>TONY FU, STELLA CHEN, WEI SUEN,<br>BRYANT FU, and CRYSTAL LEI,<br>    Defendants. | Adv. Proc. No. 12-3129 TC |

**ORDER DETERMINING DEMAS YAN TO BE A VEXATIOUS LITIGANT**

  This case came before the court on Defendant Tony Fu's motion for an order determining Plaintiff Demas Yan to be a vexatious litigant. Plaintiff Demas Yan appeared *in pro per*. Defendant Tony Fu appeared *in pro per*. Michael J. Betz appeared for Defendant, Crystal Lei, who joined Mr. Fu's motion.

  Upon due consideration, and for the reasons stated in the accompanying Memorandum Decision, the court hereby orders as

ORDER DETERMINING DEMAS YAN
TO BE A VEXATIOUS LITIGANT    -1-

follows:

(1) Demas Yan is determined to be a vexatious litigant.

(2) Demas Yan is prohibited from filing any action in this court against Tony Fu, Stella Chen, Wei Suen, Bryant Fu, and Crystal Lei (Defendants) without prior authorization from a judge of this court.

(3) Prior to filing any action in this court against any of Defendants, Demas Yan shall file, but not serve, a request for leave to file such action and attach as an exhibit the proposed complaint.

(4) This court may resolve any request for leave to file without a hearing and without comments from Defendants. If appropriate, the court may set a hearing on the request and/or permit Defendants to file opposition. The court will enter an order granting or denying each request for leave to file.

(5) The Clerk is directed not to accept for filing any complaint by Demas Yan against any of Defendants unless Yan has obtained an order from a judge of this court granting Yan leave to file the complaint in question.

(6) Any request for leave to file subject to this order shall be assigned to the above-signed judge as a proceeding related to the Yan bankruptcy case, so long as the above-signed judge continues to serve on this court.

**\*\*END OF ORDER\*\***

**ORDER DETERMINING DEMAS YAN
TO BE A VEXATIOUS LITIGANT** -2-

## Court Service List

Tony Fu
5813 Geary Blvd. PMB 188
San Francisco, CA 94121