Tony Fu
5813 Geary Blvd., PMB 188
San Francisco, CA 94121
Tel:    (415) 867 - 5973
E-mail: Tonydxfu@gmail.com

Defendant in Pro Per

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: DEMAS YAN (Yan),<br><br>                Debtor | Bankruptcy Court Case No: 04-33526 TEC<br>Chapter 7<br><br>Superior Court Case No: CGC-12-522566<br>Removal date:      August 28, 2012 |
| Demas Yan, an individual,<br><br>                Plaintiff<br><br>   v.<br><br>Tony Fu aka Dong Xing Fu, Crystal Lei aka Li Ming Lei, Stella Hong Chen aka Hong Xing Fu aka Hong Xing Chen, Bryant Fu, Wei Suen, DOES 1-20,<br><br>              Defendants | **Adversary Proceeding No. 12-3129**<br><br>**NOTICE OF ENTRY OF ORDER** |

TO ALL PARTIES: Please take notice that on December 23, 2013 the Honorable Thomas E. Carlson entered the Orders attached hereto as Exhibit A and B.

Dated: January 6, 2014

By: _____
Tony Fu, Defendant in Pro Per

# Exhibit A

Entered on Docket
December 24, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: December 23, 2013

THOMAS E. CARLSON U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>DEMAS WAI YAN,<br>        Debtor. | Case No. 04-33526 TEC<br>Chapter 7 |
| DEMAS WAI YAN,<br>        Plaintiff,<br>  vs.<br>TONY FU, STELLA CHEN, WEI SUEN,<br>BRYANT FU, and CRYSTAL LEI,<br>        Defendants. | Adv. Proc. No. 12-3129 TC |

**ORDER DETERMINING DEMAS YAN TO BE A VEXATIOUS LITIGANT**

This case came before the court on Defendant Tony Fu's motion for an order determining Plaintiff Demas Yan to be a vexatious litigant. Plaintiff Demas Yan appeared *in pro per*. Defendant Tony Fu appeared *in pro per*. Michael J. Betz appeared for Defendant, Crystal Lei, who joined Mr. Fu's motion.

Upon due consideration, and for the reasons stated in the accompanying Memorandum Decision, the court hereby orders as

ORDER DETERMINING DEMAS YAN
TO BE A VEXATIOUS LITIGANT         -1-

follows:

(1) Demas Yan is determined to be a vexatious litigant.

(2) Demas Yan is prohibited from filing any action in this court against Tony Fu, Stella Chen, Wei Suen, Bryant Fu, and Crystal Lei (Defendants) without prior authorization from a judge of this court.

(3) Prior to filing any action in this court against any of Defendants, Demas Yan shall file, but not serve, a request for leave to file such action and attach as an exhibit the proposed complaint.

(4) This court may resolve any request for leave to file without a hearing and without comments from Defendants. If appropriate, the court may set a hearing on the request and/or permit Defendants to file opposition. The court will enter an order granting or denying each request for leave to file.

(5) The Clerk is directed not to accept for filing any complaint by Demas Yan against any of Defendants unless Yan has obtained an order from a judge of this court granting Yan leave to file the complaint in question.

(6) Any request for leave to file subject to this order shall be assigned to the above-signed judge as a proceeding related to the Yan bankruptcy case, so long as the above-signed judge continues to serve on this court.

**\*\*END OF ORDER\*\***

ORDER DETERMINING DEMAS YAN
TO BE A VEXATIOUS LITIGANT          -2-

Case: 12-03129   Doc# 39   Filed: 01/07/14   Entered: 01/08/14 15:48:22   Page 4 of 8

# Exhibit B

Signed and Filed: December 23, 2013

THOMAS E. CARLSON U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>DEMAS WAI YAN,<br><br>Debtor. | Case No. 04-33526 TEC<br><br>Chapter 7 |
| DEMAS WAI YAN,<br><br>Plaintiff,<br><br>vs.<br><br>TONY FU, STELLA CHEN, WEI SUEN, BRYANT FU, and CRYSTAL LEI,<br><br>Defendants. | Adv. Proc. No. 12-3129 TC |

**ORDER RE TONY FU'S RULE 12(B)(6) MOTION TO DISMISS**

This case came before the court on Defendant Tony Fu's Rule 12(b)(6) motion to dismiss (the Motion). Plaintiff Demas Yan appeared *in pro per*. Defendant Tony Fu (Fu) appeared *in pro per*. Michael J. Betz appeared for Defendant Crystal Lei (Lei).

Upon due consideration, the court hereby orders as follows:

(1) The following claims for relief are dismissed without leave to amend:

    (a) Yan's first claim for relief for intentional

ORDER RE RULE 12(B)(6)
MOTION TO DISMISS                            -1-

infliction of emotional distress against Fu and Lei to the extent that it asserts any claim related to the Chenery Property, or any claim related to the purchase of building supplies on behalf of San Francisco Building Professionals, Inc. (SFBP), embezzlement of funds of SFBP, or inducing SFBP to sue Yan;

    (b) Yan's second claim for relief for breach of fiduciary duty against Fu and Lei to the extent that it asserts any claim related to the Chenery Property, or any claim related to the purchase of building supplies on behalf of SFBP, embezzlement of funds of SFBP, or inducing SFBP to sue Yan;

    (c) Yan's third claim for relief; and

    (d) Yan's sixth claim for relief for declaratory relief.

(2) The following claims for relief are dismissed with leave to seek permission to file an amended complaint in the manner specified in the Order re Motion for Order Deeming Demas Yan a Vexatious Litigant:

    (a) Yan's first claim for relief for intentional infliction of emotional distress against Fu and Lei to the extent that it asserts a post-petition claim not related to the Chenery Property, and not related to the purchase of building supplies on behalf of SFBP, embezzlement of funds of SFBP, or inducing SFBP to sue Yan;

    (b) Yan's second claim for relief for breach of fiduciary duty against Fu and Lei to the extent that it asserts a post-petition claim not related to the Chenery Property and not related to the purchase of building supplies on behalf of SFBP, embezzlement of funds of SFBP, or inducing SFBP to sue Yan;

    (c) Yan's fourth claim for relief for the unauthorized

practice of law against Fu and Lei; and

   (d) Yan's fifth claim for relief for malicious prosecution against Fu.

 The proposed amended complaint attached to any request for leave to file such complaint shall allege with specificity the dates of occurrence of all acts giving rise to the relief requested.

**END OF ORDER**