Tony Fu
5813 Geary Blvd., PMB 188
San Francisco, CA 94121
(415) 867 - 5973

Bryant Fu
337-28th Avenue
San Francisco, CA 94121
(415) 221 - 0969

Creditors/Appellant in Pro Per

FILED
JAN 15 2016
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re: DEMAS YAN,

        Debtor

) Bankruptcy Court Case No: 04-33526 TEC
) Chapter 7
)
) **Adv. Proc. No. 12-3129 TC**
)
) **NOTICE OF APPEAL**
)
)
) [ Bankruptcy Rule 8001]

Creditors Tony Fu ("Fu") and Bryant Fu ("Bryant") hereby appeals under 28 U.S.C. § 158 from the Bankruptcy Court's "ORDER DENYING LEAVE TO SUE TRUSTEE" filed in the above captioned case on January 8, 2016.

The parties to the order appeal from and the names and addresses of all parties are as follows: Janina Hoskins, represented by Stromsheim & Associates, 11445 E. Via Linda, Suite 2618, Scottsdale, AZ 85259, Tony Fu, 5813 Geary Blvd., PMB 188, San Francisco, CA 94121, Bryant Fu, 337-28th Ave., San Francisco, CA 94121.

Dated: January 15, 2016

Respectfully Submitted,

_____
Tony Fu, Appellant in Pro Per

_____
Bryant Fu, Appellant in Pro Per

```
UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30062634 -- AC

January 15, 2016
    13:08:12

    APPEAL
   12-03129
Title..: YAN V. FU ET AL
Judge..: THOMAS CARLSON
Amount.:                $298.00 CA



Total->   $298.00


FROM: TONY FU
```